IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

J & J SPORTS PRODUCTIONS, INC.,                        No. C 12-05762 RS

       Plaintiffs,                        **STANDBY ORDER OF DISMISSAL**

  v.

BLANCA E. BOUTON, ET AL.,

       Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 5, 2013**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 11, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/27/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE