IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 12-5762 RS |
| Plaintiff, | |
| v. | **ORDER RE STATUS OF CASE** |
| BLANCA E. BOUTON, et al., | |
| Defendants. | |

Plaintiff brought this action alleging that defendants showed a pay-per-view prize fight at their restaurant without obtaining a license from plaintiff, the exclusive distributor. Defendants failed to file timely responses to the complaint, and the clerk entered their defaults, at plaintiff's request. Thereafter, having obtained advice and assistance from the Court's *pro se* Help Desk, defendants moved to set aside the defaults. Defendants also requested appointment of *pro bono* counsel.

Before that motion was heard, plaintiff gave notice that the matter had settled, and a standby order of dismissal was entered. Defendants, however, then advised the court the matter had not settled, and requested appointment of *pro bono* counsel. Plaintiff later withdrew the notice of settlement. The standby order of dismissal was therefore vacated by Clerk's Notice.

Since that time, plaintiff has taken no steps to prosecute the action. While it may be that plaintiff believed a further order of court was forthcoming, the lack of prosecution suggests that plaintiff may have abandoned the action or that a settlement was reached after all.

Accordingly, within one week of the date of this order, plaintiff shall either file a dismissal of the action, or a statement that it wishes to pursue the claims. In the event plaintiff does intend to go forward, the Court will issue a formal order setting aside the defaults and will refer the action to the *pro bono* project with a request that counsel be located, if possible, to represent defendants on a *pro bono* basis.

IT IS SO ORDERED.

Dated: 3/31/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

v.

BLANCA E. BOUTON et al,

        Defendant.

Case Number: CV12-05762 RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Blanca E. Bouton
441 Blossom Way
Hayward, CA 94541

Jose David Monterrubio
441 Blossom Way
Hayward, CA 94541

Dated: March 31, 2014

        Richard W. Wieking, Clerk
        By: Lisa R Clark, Deputy Clerk