IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 12-5762 RS |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| BLANCA E. BOUTON, et al., | |
| Defendants. | |

A volunteer attorney willing to be appointed to represent defendants having been located by the Federal Pro Bono Project, it is hereby ordered Trevor Brandt McCann is appointed as counsel for defendants in this matter, for all purposes for the duration of the case. All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: 7/22/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE