UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLANCA E. BOUTON, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-05762-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 14, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

　　1.　　ALTERNATIVE DISPUTE RESOLUTION.

　　SETTLEMENT CONFERENCE. The parties are referred to a randomly assigned magistrate judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next ninety (90) days.

**IT IS SO ORDERED**.

Dated: January 14, 2016

_____
RICHARD SEEBORG
United States District Judge