Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>PLAINTIFF, <br><br>V. <br><br>BLANCA E. BOUTON, ET AL. <br><br>DEFENDANTS/ <br>THIRD-PARTY PLAINTIFFS/ <br>COUNTER-DEFENDANTS <br><br>V. <br><br>DIRECTV LLC, ET AL., <br><br>THIRD-PARTY DEFENDANTS/ <br>COUNTER-CLAIMANTS | CASE NO. 3:12-cv-05762-RS <br><br>ORDER <br>JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE (~~Proposed~~) |

TO THIS HONORABLE COURT:

By and through their counsel, Plaintiff J & J Sports Productions, Inc., Defendants/Third-Party Plaintiffs/Counter-Defendants Blanca E. Bouton, Jose David Monterrubio, and Third-Party Defendants/Counter-Claimants DirecTv, LLC and DirecTv International, Inc. hereby agree, stipulate,

STIPULATION TO CONTINUE DISCOVERY CUTOFF
AND ORDER (Proposed)
CASE NO. CV 12-05762
PAGE 1

and respectfully request that this Honorable Court extend the non-expert discovery deadline in this action, presently set for March 1, 2016, to a new date approximately sixty (60) days forward, and in support aver as follows:

WHEREAS, there is presently a non-expert discovery deadline of March 1, 2016, scheduled in this action (ECF #66).

WHEREAS, Defendants Blanca E. Bouton and Jose David Monterrubio wish to conduct the deposition of Mr. Joseph M. Gagliardi, President of J & J Sports Productions, Inc., as well as the deposition of the Person Most Knowledgeable of Plaintiff J & J Sports Productions, Inc.

WHEREAS, Joseph M. Gagliardi, President and Person Most Knowledgeable of J &J Sports Productions, Inc. is not available for deposition prior to presently existing non-expert discovery deadline of March 1, 2016.

WHEREAS, the trial in this action is presently scheduled for September 19, 2016 (ECF #66).

WHEREAS, this is the first extension of the non-expert discovery deadline being requested by the Parties and the Parties do not anticipate any further extension of this particular extension of deadline will be necessary.

**WHEREFORE,** The Parties respectfully request that this Honorable Court extend the non-expert discovery deadline in the above-entitled action, presently set for March 1, 2016, to a new date (May 1, 2016) approximately sixty (60) days forward.

///

///

///

///

| Event | Current Date | Proposed New Date |
|---|---|---|
| Non-expert Discovery Deadline | March 1, 2016 | May 1, 2016 |

Respectfully submitted,

Dated: February 9, 2016    */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated:  February 10, 2016    *s/Trevor Brandt McCann*
**LAW OFFICES OF TREVOR BRANDT McCANN**
By: Trevor Brandt McCann
Attorneys for Defendants/Third-Party Plaintiffs/ Counter Defendants
Blanca E. Bouton and Jose David Monterrubio

Dated:  February 10, 2016    *s/Ryan Geoffrey Baker*
**BAKER MARQUART, LLP**
By: Ryan Geoffrey Baker
Attorneys for Defendants/Third-Party Defendants/Counter Claimants
DirecTv International, Inc., DirecTv Inc., DirecTV LLC

///

///

///

**STIPULATION TO CONTINUE DISCOVERY CUTOFF
AND ORDER (Proposed)
CASE NO. CV 12-05762
PAGE 3**

**ORDER** (Proposed)

    **IT IS HEREBY** ordered that the non-expert discovery deadline in the above-entitled action is hereby extended from March 1, 2016 to May 31, 2016.

**IT IS SO ORDERED**:

_[signature]_   Dated: 2/12/16

**Honorable Richard Seeborg**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE DISCOVERY CUTOFF
AND ORDER (Proposed)
CASE NO. CV 12-05762
PAGE 4